**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GROVER C. HALSEL, III<br>RONI HALSEL | Case No. 20-23307GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>SANTANDER CONSUMER USA | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   Vehicle totaled

| | |
|---|---|
| SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX 75356 | Court claim# 5-2/Trustee CID# 9 |

The Movant further certifies that on 03/01/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>GROVER C. HALSEL, III, RONI HALSEL,<br>314 EAST ELIZABETH STREET,<br>PITTSBURGH, PA  15207 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL &<br>STEINBERG, 707 GRANT ST STE 2830,<br>PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>SANTANDER CONSUMER USA, PO BOX<br>560284, DALLAS, TX  75356 | :<br>SANTANDER CONSUMER USA**, PO BOX<br>961245, FT WORTH, TX  76161-1245 |
| NEW CREDITOR: | |