IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-23307 GLT |
| | ) | Chapter 13 |
| Grover C. Halsel, III | ) | Related Docket No. 57 |
| Roni Halsel, | ) | |
|    *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Grover C. Halsel, III | ) | |
| Roni Halsel, | ) | |
|    *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|    *Respondent(s)* | ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Grover C. Halsel, III and Roni Halsel, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On March 2, 2023, this Honorable Court entered an order at Docket No.57, approving the Debtors request to finance a new vehicle.

2. The Debtors have abandoned the effort to finance a new vehicle.

WHEREFORE, the Debtors, Grover C. Halsel, III and Roni Halsel, respectfully file this Report of Financing.

        Respectfully submitted,

<u>March 29, 2023</u>        <u>/s/ Kenneth Steidl</u>
DATE        Kenneth Steidl, Esquire
        Attorney for the Debtor(s)

        STEIDL & STEINBERG
        Suite 2830 – Gulf Tower
        707 Grant Street
        Pittsburgh, PA  15219
        (412) 391-8000
        ken.steidl@steidl-steinberg.com
        PA I.D. No. 34965