IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| GROVER C. HALSEL, III ) | Bankruptcy No. 20-23307-GLT |
| RONI HALSEL, ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| SANTANDER CONSUMER USA INC., ) | |
| **Movant** ) | Related To Document No. 60 and 61 |
| ) | |
| v. ) | |
| ) | **Response Deadline:  5/12/23** |
| GROVER C. HALSEL, III ) | |
| RONI HALSEL, ) | **Hearing Date:  5/31/23 at 10:30 AM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, | |
| **Trustee** | |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on April 25, 2023, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Grover and Roni Halsel | Kenneth Steidl, Esq. |
| 314 East Elizabeth Street | Steidl & Steinberg |
| Pittsburgh, PA 15207 | Suite 2830 Gulf Tower |
| (Debtors) | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (Attorney For Debtors) |
| | |
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com