IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>GROVER C. HALSEL, III<br>RONI HALSEL,<br>    **Debtor(s)** | Bankruptcy No. 20-23307-GLT<br><br>Chapter 13 |
| SANTANDER CONSUMER USA INC.,<br>    **Movant**<br><br>v.<br><br>GROVER C. HALSEL, III<br>RONI HALSEL,<br>    **Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>    **Trustee** | Related To Document No. 65<br><br><br>**Response Deadline:  5/12/23**<br><br>**Hearing Date:  5/31/23 at 10:30 AM** |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on May 26, 2023, I served by United States mail, first class, postage prepaid, the Default Order On Motion For Relief From Stay filed in this proceeding on:

Grover and Roni Halsel
314 East Elizabeth Street
Pittsburgh, PA 15207
(Debtors)

Kenneth Steidl, Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(Attorney For Debtors)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com