FILED
5/25/23 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| GROVER C. HALSEL, III ) | Bankruptcy No. 20-23307-GLT |
| RONI HALSEL, ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| SANTANDER CONSUMER USA INC., ) | |
| **Movant** ) | Related To Document No. 60 |
| ) | |
| v. ) | |
| ) | **Response Deadline:  5/12/23** |
| GROVER C. HALSEL, III ) | |
| RONI HALSEL, ) | **Hearing Date:  5/31/23 at 10:30 AM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, | |
| **Trustee** | |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This _25th Day of May_, 2023, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of no objection, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. §362 (and, to the extent that relief from the co-debtor stay was requested in the motion, relief from stay is granted under §1301).

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a Certificate Of Service.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

c:   William E. Craig, Esquire
     Morton & Craig LLC
     110 Marter Avenue, Suite 301
     Moorestown, NJ 08057
     (856) 866-0100
     PA I.D. # 92329

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-23307-GLT
Grover C. Halsel, III  Chapter 13
Roni Halsel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: May 25, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Grover C. Halsel, III, Roni Halsel, 314 East Elizabeth Street, Pittsburgh, PA 15207-1637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R1 bnicholas@kmllawgroup.com

Jeffrey R. Hunt
     on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Jill Locnikar
     on behalf of Creditor United States of America  Social Security Administration jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Kenneth Steidl
     on behalf of Debtor Grover C. Halsel  III julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Kenneth Steidl

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Roni Halsel julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Stephen Russell Franks

on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10