IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-23307 GLT |
| | ) | Chapter 13 |
| Grover C. Halsel, III | ) | Related Docket No. 69 |
| Roni Halsel, | ) | |
|    *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Grover C. Halsel, III | ) | |
| Roni Halsel, | ) | |
|    *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|    *Respondent(s)* | ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Grover C. Halsel, III and Roni Halsel, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On October 16, 2023, this Honorable Court entered an order at Docket No.69, approving the Debtors request to finance a new vehicle.

2. The Debtors have abandoned the effort to finance a new vehicle.

WHEREFORE, the Debtors, Grover C. Halsel, III and Roni Halsel, respectfully file this Report of Financing.

Respectfully submitted,

November 7, 2023  /s/ Kenneth Steidl
DATE  Kenneth Steidl, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965