**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GROVER C. HALSEL, III<br>RONI HALSEL<br><br>     Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>     Movant<br> vs.<br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC++<br><br>     Respondents | Case No. 20-23307GLT<br><br>Chapter 13<br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to .  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.

  CREDITOR NO LONGER UTILIZES THE COLLECTOR WHO FILED THE PROOF OF CLAIM.  AN AMENDED CLAIM IS NEEDED, OR TRANSFER OF CLAIM.

| | |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO<br>NO 15 LLC++<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Court claim# 43/Trustee CID# 62 |

The Movant further certifies that on 12/12/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>  original creditor<br>  putative creditor<br>  counsel for debtor(s)<br>  counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>GROVER C. HALSEL, III, RONI HALSEL,<br>314 EAST ELIZABETH STREET,<br>PITTSBURGH, PA  15207 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL &<br>STEINBERG PC, 436 SEVENTH AVE STE<br>322, KOPPERS BUILDING, PITTSBURGH,<br>PA  15219 |
| ORIGINAL CREDITOR:<br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC++, C/O PRA<br>RECEIVABLES MANAGEMENT LLC, PO<br>BOX 41031, NORFOLK, VA  23541<br><br>NEW CREDITOR: | :<br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC++, C/O PRA<br>RECEIVABLES MANAGEMENT LLC, PO<br>BOX 41021, NORFOLK, VA  23541 |