**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/13/2024

| | |
|---|---|
| IN RE:<br><br>GROVER C. HALSEL, III<br>RONI HALSEL<br>314 EAST ELIZABETH STREET<br>PITTSBURGH, PA 15207<br>XXX-XX-8682          Debtor(s)<br><br>XXX-XX-1062 | Case No.20-23307 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/13/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Credit Info |
|---|---|---|
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CHEAP O AIR/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 7618 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 19<br>CLAIM:  17,237.16<br>COMMENT:  CL19GOV@6%/PL*PMT/CONF | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 4706 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 39<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*CL39GOV*FAY SVCNG/PL*DKT4LMT*BGN 12/20*FR US BK-DOC 52*FR W | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4209 |
| **HOLIDAY INN CLUB VACATIONS**<br>9271 SJOHN YOUNG PKWY<br>ORLANDO, FL  32819 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SURR/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 5474 |
| **NYE COUNTY TREASURER**<br>PO BOX 473<br>TONOPAH, NV  89049 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 18-2<br>CLAIM:  0.00<br>COMMENT:  037-053-11;7/1/20-6/30/21*211.80@7%/PL*AMD CL=0*W/78 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 5311 |
| **OMEGA FCU**<br>PO BOX 15038<br>PITTSBURGH, PA  15237 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM:  0.00<br>COMMENT:  PMT/PL*410.27x(60+2)=LMT*$0ARRS/PL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5694 |
| **ORANGE LAKE RESORT**<br>9271 S JOHN YOUNG PKWY<br>ORLANDO, FL  32819 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*NT ADR/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 5474 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number: 9   INT %: 6.00%<br>Court Claim Number: 5-2<br>CLAIM:  3,320.26<br>COMMENT:  RS/OE*CL5GOV@6%/PL*$4489.33*AMD*PIF/CR/LTR | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 9037 |
| **SOCIAL SECURITY ADMINISTRATION(*)**<br>MID-ATLANTIC PROGRAM SVC CENTER<br>ATTN CHAPTER 13 TRUSTEE REMITTANCE SEC<br>PO BOX 2861<br>PHILADELPHIA, PA  19122 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 52<br>CLAIM:  0.00<br>COMMENT:  300/MO@LTCD/PL-STIP OE-CONF*JUDGMENT*CL=$142,629.69~BAL NON DISCHGE | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.: 1062 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **TRI STATE FINANCIAL**<br>PO BOX 2520<br>WILKES BARRE, PA 18703-0018 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NT ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0206 |
| **CITY AND SCHOOL DISTRICT OF PITTSBURGH (**<br>C/O JORDAN TAX SERVICE INC - DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 33<br>CLAIM: 589.60<br>COMMENT: 8682;18,19,1ST 3 QTRS 20*CL33 GOV@PRI/CONF*300@0%~18,19/PL*W/80 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 8682 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,998.77<br>COMMENT: 4900/PL*18-19/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1062 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 544.60<br>COMMENT: 300/PL*18-19/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8681 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 49<br>CLAIM: 2,036.62<br>COMMENT: BARCLAYS/UBER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2306 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 2,297.97<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1777 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,827.59<br>COMMENT: CHASE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9995 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 536.28<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5223 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 2,580.41<br>COMMENT: X2796/SCH*STMT THRU 12/27/20*ND POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6074 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CLEARVIEW FCU**<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~AVENUE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5545 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 773.76<br>COMMENT: COMENITY/CATHERINES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7434 |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~JD WILLIAMS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9434 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 618.61<br>COMMENT: PIER 1/COMENITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1514 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 383.72<br>COMMENT: COMENITY/WOMEN WITHIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9399 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 1,323.32<br>COMMENT: COMENITY/LANE BRYNT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3511 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 24 | CLAIM: 388.42<br>COMMENT: LOYALTY/COMENITY*NO PAYMENT EVER*CHRGD OFF 5/31/20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1289 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 45 | CLAIM: 1,876.03<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1923 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 46 | CLAIM: 1,234.60<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1886 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA 30091 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7686 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 601.78<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7686 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 2,052.51<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1637 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 1,283.06<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4578 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 48<br><br>CLAIM: 1,529.71<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3422 |
| **ERC**<br>PO BOX 57547<br><br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SPRINT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9262 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 37<br><br>CLAIM: 1,459.90<br>COMMENT: REF 3583412928 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5504 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 36<br><br>CLAIM: 1,229.42<br>COMMENT: REF 3583412869\*PREMIER BANKCARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8435 |
| **HEALTH CARE SOLUTIONS**<br>POB 696<br><br>SHARON, PA 16146 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2441 |
| **HIGHMARK BLUE SHIELD**<br>120 FIFTH AVE<br><br>PITTSBURGH, PA 15222-3099 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9000 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **KLINGENSMITH HEALTHCARE**<br>POB 30919<br><br>AKRON, OH 44309 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MEDICARE EQUIPMENT CO++**<br>501 W OTTERMAN ST STE C<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 1,451.71<br>COMMENT: X7087/SCH*SYNC BANK/SHOP HQ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5091 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 856.75<br>COMMENT: X7411/SCH*SYNC BANK/CAR CARE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8548 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 280.86<br>COMMENT: X8328/SCH*COMENITY/MARISOTA B | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9434 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 8,819.07<br>COMMENT: SIGNED @ SEAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7463 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 31<br><br>CLAIM: 509.45<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6765 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8884 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 32<br><br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*CL=366.78*1267/SCH*STERLING JWLRS*JARED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1046 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 29<br><br>CLAIM: 987.24<br>COMMENT: SYNC BANK/SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4191 |

| Creditor | Claim Info | Details |
|---|---|---|
| **CIGPF I CORP**<br>C/O SST INC*<br>ATTN BANKRUPTCY DEPT<br>PO BOX 3999<br>ST JOSEPH, MO 64503 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:40<br><br>CLAIM: 901.65<br>COMMENT: X6703/SCH*COLUMBUS BANK/SCH*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4480 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:42<br><br>CLAIM: 537.77<br>COMMENT: SYNCHRONY/CHEAP AIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7618 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:34<br><br>CLAIM: 1,353.59<br>COMMENT: SYNCHRONY/VALUE CITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9257 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:50-2<br><br>CLAIM: 2,196.35<br>COMMENT: SYNCHRONY/JCP*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8562 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:35<br><br>CLAIM: 998.23<br>COMMENT: SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3567 |
| **QUANTUM3 GROUP LLC - AGENT FOR CREDIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 1,585.32<br>COMMENT: SYNCHRONY*CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3696 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:44<br><br>CLAIM: 769.73<br>COMMENT: SYNCHRONY*HSN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2968 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:28<br><br>CLAIM: 817.84<br>COMMENT: SYNCHRONY/PEP BOYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4948 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number:41<br><br>CLAIM: 1,016.08<br>COMMENT: SYNCHRONY/SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6055 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:30<br><br>CLAIM: 467.86<br>COMMENT: SYNCHRONY/TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6381 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VALUE FRNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9257 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: 43<br>CLAIM: 571.98<br>COMMENT: X9755/SCH*COMENITY BANK*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5545 |
| **USAA FEDERAL SAVINGS BANK**<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX 78288-0596 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5044 |
| **VIVINT SECURITY**<br>4931 NORTH 300 WEST<br>PROVO, UT 84604-5816 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 517.07<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2814 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 223.88<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4700 |
| **ARS NATIONAL SERVICE**<br>PO BOX 169100<br>ESCONDIDO, CA 92046 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ASSET RECOVERY SOLUTIONS LLC**<br>2200 E DEVON AVE<br>DES PLAINES, IL 60018 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRSTSOURCE ADVANTAGE, LLC**<br>205 BRYANT WOODS SOUTH<br>BUFFALO, NY 14228 | Trustee Claim Number: 69  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JORDAN TAX SERVICE INC****<br>102 RAHWAY RD<br>MC MURRAY, PA 15317 | Trustee Claim Number: 70  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Info | Credit Info |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:71  INT %:  0.00% <br> Court Claim Number:7 <br> CLAIM:  350.47 <br> COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1062 |
| **PA DEPARTMENT OF REVENUE\*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA  17128-0946 | Trustee Claim Number:72  INT %:  0.00% <br> Court Claim Number:4 <br> CLAIM:  139.32 <br> COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8681 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** <br> C/O FAY SERVICING LLC <br> PO BOX 814609 <br> DALLAS, TX  75381-4609 | Trustee Claim Number:73  INT %:  0.00% <br> Court Claim Number:39 <br> CLAIM:  1,455.79 <br> COMMENT:  CL39GOV\*120/PL@ FAY SVCNG\*THRU 11/20\*FR US BK-DOC 52\*FR WILMINGTON-D | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  4209 |
| **MANLEY DEAS KOCHALSKI LLC** <br> PO BOX 165028 <br> COLUMBUS, OH  43216-5028 | Trustee Claim Number:74  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  JPMORGAN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number:75  INT %:  0.00% <br> Court Claim Number:21 <br> CLAIM:  0.00 <br> COMMENT:  STRICKEN/OE\*CL=328.12\*NT/SCH\*COLLECTO/ATT MOBILITY | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8006 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number:76  INT %:  0.00% <br> Court Claim Number:22 <br> CLAIM:  0.00 <br> COMMENT:  STRICKEN/OE\*CL=1768.48\*NT/SCH\*NCR/PLAIN GREEN | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4196 |
| **MCCALLA RAYMER  ET AL** <br> NATL BANKRUPTCY DEPT\*\* <br> 1544 OLD ALABAMA RD\*\* <br> ROSWELL, GA  30076-2102 | Trustee Claim Number:77  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  FAY SVCNG/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **NYE COUNTY TREASURER** <br> PO BOX 473 <br> TONOPAH, NV  89049 | Trustee Claim Number:78  INT %:  0.00% <br> Court Claim Number:18-2 <br> CLAIM:  72.12 <br> COMMENT:  NO GEN UNS/SCH\*AMD\*W/6 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5311 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br> NORFOLK, VA  23541 | Trustee Claim Number:79  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **CITY AND SCHOOL DISTRICT OF PITTSBURGH (** <br> C/O JORDAN TAX SERVICE INC - DLNQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:80  INT %:  0.00% <br> Court Claim Number:33 <br> CLAIM:  0.00 <br> COMMENT:  PAID @ CID 12 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8682 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 81  INT %: 0.00%<br>Court Claim Number: 38<br>CLAIM: 0.00<br>COMMENT: NT/SCH*INSUFF POD*CL @ 166.47 W/DRAWN-DOC 43* | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 82  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,519.29<br>COMMENT: NT/SCH*CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6921 |
| **OLIPHANT FINANCIAL LLC**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL STE 200<br>TUCSON, AZ 85712 | Trustee Claim Number: 83  INT %: 0.00%<br>Court Claim Number: 47<br>CLAIM: 219.97<br>COMMENT: NT/SCH*ORIG 1516*SHOPHQ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3437 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 84  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SOCIAL SECURITY ADMINISTRATION(*)**<br>MID-ATLANTIC PROGRAM SVC CENTER<br>ATTN CHAPTER 13 TRUSTEE REMITTANCE SECT<br>PO BOX 2861<br>PHILADELPHIA, PA 19122 | Trustee Claim Number: 85  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PD/PL@10~BAL NON DISCHGBL* | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1062 |
| **UNITED STATES OF AMERICA**<br>C/O US DEPARTMENT OF JUSTICE<br>US POST OFFICE & COURTHOUSE<br>700 GRANT ST STE 400<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 86  INT %: 0.00%<br>Court Claim Number: 51<br>CLAIM: 27,607.46<br>COMMENT: NT/SCH*TIMELY*KEYBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 87  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILLIAM CRAIG ESQ++**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 88  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SANTANDER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |