**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GROVER C. HALSEL, III<br>RONI HALSEL<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>   vs.<br>No Repondents. | Case No.:20-23307 GLT<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/25/2020 and confirmed on 01/14/2021 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,730.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 82,730.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 3,836.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,236.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 0.00 | 16,999.63 | 0.00 | 16,999.63 |
|     Acct: 4209 | | | | |
|   OMEGA FCU | 0.00 | 20,513.50 | 0.00 | 20,513.50 |
|     Acct: 5694 | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 1,455.79 | 1,455.79 | 0.00 | 1,455.79 |
|     Acct: 4209 | | | | |
|   HOLIDAY INN CLUB VACATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5474 | | | | |
|   NYE COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5311 | | | | |
|   ORANGE LAKE RESORT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5474 | | | | |
|   TRI STATE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0206 | | | | |
|   JPMORGAN CHASE BANK NA | 17,237.16 | 13,994.41 | 2,729.92 | 16,724.33 |
|     Acct: 4706 | | | | |
|   SANTANDER CONSUMER USA | 3,320.26 | 3,320.26 | 389.05 | 3,709.31 |
|     Acct: 9037 | | | | |

| 20-23307 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 5 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 59,402.56 |
| Priority | | | | | |
| | KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GROVER C. HALSEL, III | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GROVER C. HALSEL, III | 5.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 1,998.77 | 692.99 | 0.00 | 692.99 |
| | Acct: 1062 | | | | |
| | PA DEPARTMENT OF REVENUE* | 544.60 | 188.82 | 0.00 | 188.82 |
| | Acct: 8681 | | | | |
| | RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| | Acct: XXXXXXXXXXXXXXXXX3307 | | | | |
| | | | | | 886.81 |
| Unsecured | | | | | |
| | SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 15,000.00 | 0.00 | 15,000.00 |
| | Acct: 1062 | | | | |
| | CITY AND SCHOOL DISTRICT OF PITTSBU | 589.60 | 204.42 | 0.00 | 204.42 |
| | Acct: 8682 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,036.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 2306 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,297.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 1777 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 1,827.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 9995 | | | | |
| | CITIBANK NA** | 536.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 5223 | | | | |
| | CLEARVIEW FCU** | 2,580.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 6074 | | | | |
| | CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5545 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 773.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 7434 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9434 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 618.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 1514 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 383.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 9399 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 1,323.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 3511 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 388.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 1289 | | | | |
| | LVNV FUNDING LLC | 1,876.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 1923 | | | | |
| | LVNV FUNDING LLC | 1,234.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 1886 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7686 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 601.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 7686 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| DISCOVER BANK(*)  Acct: 1637 | 2,052.51 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)  Acct: 4578 | 1,283.06 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)  Acct: 3422 | 1,529.71 | 0.00 | 0.00 | 0.00 |
| ERC++  Acct: 9262 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C  Acct: 5504 | 1,459.90 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C  Acct: 8435 | 1,229.42 | 0.00 | 0.00 | 0.00 |
| HEALTH CARE SOLUTIONS  Acct: 2441 | 0.00 | 0.00 | 0.00 | 0.00 |
| HIGHMARK BLUE SHIELD  Acct: 9000 | 0.00 | 0.00 | 0.00 | 0.00 |
| KLINGENSMITH HEALTHCARE++  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MEDICARE EQUIPMENT CO++  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 5091 | 1,451.71 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 8548 | 856.75 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 9434 | 280.86 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)  Acct: 7463 | 8,819.07 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 6765 | 509.45 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 8884 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 1046 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 4191 | 987.24 | 0.00 | 0.00 | 0.00 |
| CIGPF I CORP  Acct: 4480 | 901.65 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 7618 | 537.77 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC  Acct: 9257 | 1,353.59 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 8562 | 2,196.35 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC  Acct: 3567 | 998.23 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FOR CF  Acct: 3696 | 1,585.32 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 2968 | 769.73 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 4948 | 817.84 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 6055 | 1,016.08 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 6381 | 467.86 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**  Acct: 9257 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP PORTFO | 571.98 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5545 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5044 | | | | |
| VIVINT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 517.07 | 0.00 | 0.00 | 0.00 |
| Acct: 2814 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 223.88 | 0.00 | 0.00 | 0.00 |
| Acct: 4700 | | | | |
| INTERNAL REVENUE SERVICE* | 350.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1062 | | | | |
| PA DEPARTMENT OF REVENUE* | 139.32 | 0.00 | 0.00 | 0.00 |
| Acct: 8681 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8006 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4196 | | | | |
| NYE COUNTY TREASURER | 72.12 | 0.00 | 0.00 | 0.00 |
| Acct: 5311 | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8682 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,519.29 | 0.00 | 0.00 | 0.00 |
| Acct: 6921 | | | | |
| OLIPHANT FINANCIAL LLC | 219.97 | 0.00 | 0.00 | 0.00 |
| Acct: 3437 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED STATES OF AMERICA | 27,607.46 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7618 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1062 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSET RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,204.42 |

TOTAL PAID TO CREDITORS                                                                                     75,493.79

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,548.37 |
| SECURED | 22,013.21 |
| UNSECURED | 79.394.37 |

Date: 07/10/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com