**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>　　GROVER C. HALSEL, III<br>　　RONI HALSEL<br>　　　　　　Debtor(s) | Case No. 20-23307GLT |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/25/2020.

2) The plan was confirmed on 01/14/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/04/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/13/2025, 01/13/2025.

5) The case was dismissed on 02/06/2025.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $15,169.20.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $82,730.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $82,730.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,836.21 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,236.21

Attorney fees paid and disclosed by debtor:     $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLEGHENY HEALTH NETWORK | Unsecured | 145.27 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 571.00 | 571.98 | 571.98 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 478.00 | 517.07 | 517.07 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 122.00 | 223.88 | 223.88 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 2,259.00 | 2,297.97 | 2,297.97 | 0.00 | 0.00 |
| CIGPF I CORP | Unsecured | 795.00 | 901.65 | 901.65 | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 486.00 | 536.28 | 536.28 | 0.00 | 0.00 |
| CITY AND SCHOOL DISTRICT OF PITT | Unsecured | 300.00 | 589.60 | 589.60 | 204.42 | 0.00 |
| CITY AND SCHOOL DISTRICT OF PITT | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU** | Unsecured | 2,525.00 | 2,580.41 | 2,580.41 | 0.00 | 0.00 |
| CLEARVIEW FCU** | Unsecured | 1,230.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 93.62 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK++ | Unsecured | 30.95 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 601.78 | 601.78 | 601.78 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 1,984.00 | 2,052.51 | 2,052.51 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 1,242.00 | 1,283.06 | 1,283.06 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | 800.00 | 1,529.71 | 1,529.71 | 0.00 | 0.00 |
| ERC++ | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| HEALTH CARE SOLUTIONS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| HIGHMARK BLUE SHIELD | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| HOLIDAY INN CLUB VACATIONS | Secured | 707.36 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 4,900.00 | 1,998.77 | 1,998.77 | 692.99 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 350.47 | 350.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 328.12 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 1,768.48 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 17,040.00 | 17,237.16 | 17,237.16 | 13,994.41 | 2,729.92 |
| JPMORGAN CHASE BANK NA S/B/M/T | Unsecured | 1,757.00 | 1,827.59 | 1,827.59 | 0.00 | 0.00 |
| KLINGENSMITH HEALTHCARE++ | Unsecured | 95.65 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,801.00 | 1,876.03 | 1,876.03 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | Unsecured | 1,183.00 | 1,234.60 | 1,234.60 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,353.00 | 1,353.59 | 1,353.59 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 998.00 | 998.23 | 998.23 | 0.00 | 0.00 |
| MEDICARE EQUIPMENT CO++ | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,451.71 | 1,451.71 | 1,451.71 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 856.75 | 856.75 | 856.75 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 280.86 | 280.86 | 280.86 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 88.74 | 618.61 | 618.61 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 125.34 | 383.72 | 383.72 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 249.46 | 1,323.32 | 1,323.32 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 210.06 | 773.76 | 773.76 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,519.29 | 1,519.29 | 0.00 | 0.00 |
| NYE COUNTY TREASURER | Unsecured | 0.00 | 72.12 | 72.12 | 0.00 | 0.00 |
| NYE COUNTY TREASURER | Secured | 211.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| OLIPHANT FINANCIAL LLC | Unsecured | NA | 219.97 | 219.97 | 0.00 | 0.00 |
| OMEGA FCU | Secured | 29,816.00 | 0.00 | 0.00 | 20,513.50 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*) | Unsecured | 8,769.00 | 8,819.07 | 8,819.07 | 0.00 | 0.00 |
| ORANGE LAKE RESORT | Secured | 13,179.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 300.00 | 544.60 | 544.60 | 188.82 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 139.32 | 139.32 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 842.00 | 366.78 | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,026.24 | 987.24 | 987.24 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 575.00 | 537.77 | 537.77 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,196.00 | 2,196.35 | 2,196.35 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,022.69 | 769.73 | 769.73 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 50.51 | 817.84 | 817.84 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,016.00 | 1,016.08 | 1,016.08 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 29.60 | 467.86 | 467.86 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,952.00 | 2,036.62 | 2,036.62 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 244.37 | 509.45 | 509.45 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 1,459.00 | 1,459.90 | 1,459.90 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 1,229.00 | 1,229.42 | 1,229.42 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FO | Unsecured | 349.92 | 1,585.32 | 1,585.32 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT MO | Unsecured | 388.00 | 388.42 | 388.42 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | 0.00 | 5.00 | 5.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 4,746.00 | 4,489.33 | 3,320.26 | 3,320.26 | 389.05 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 129,000.00 | 142,629.69 | 0.00 | 15,000.00 | 0.00 |
| SYNCHRONY BANK** | Unsecured | 1,353.59 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL | Secured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES OF AMERICA | Unsecured | NA | 27,607.46 | 27,607.46 | 0.00 | 0.00 |
| US BANK NA - INDENTURE TRUSTEE | Secured | 25,531.47 | 26,753.43 | 0.00 | 16,999.63 | 0.00 |
| US BANK NA - INDENTURE TRUSTEE | Secured | 0.00 | 1,455.79 | 1,455.79 | 1,455.79 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| VIVINT SECURITY | Unsecured | 1,559.92 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $37,513.13 | $0.00 |
| Mortgage Arrearage | $1,455.79 | $1,455.79 | $0.00 |
| Debt Secured by Vehicle | $20,557.42 | $17,314.67 | $3,118.97 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$22,013.21** | **$56,283.59** | **$3,118.97** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,548.37 | $886.81 | $0.00 |
| **TOTAL PRIORITY**: | **$2,548.37** | **$886.81** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$79,394.37** | **$15,204.42** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $7,236.21 |
| Disbursements to Creditors | $75,493.79 |
| **TOTAL DISBURSEMENTS** : | **$82,730.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/10/2025                                   By: /s/ Ronda J. Winnecour
                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**